IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| REMA TIP TOP/NORTH AMERICA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SHAW-ALMEX INDUSTRIES, LTD., and MICHAEL CREMEENS, individually, | : | CIVIL ACTION NO. 1:15-CV-1838-AT |
| | : | |
| Defendants. | : | |

**ORDER**

This matter is before the Court on Plaintiff's Emergency Motion for Immediate Hearing on Motion for Temporary Restraining Order Pursuant to LR 7.2(B) [Doc. 3]. The Motion is **GRANTED**. The Court hereby sets the above case for a hearing on Plaintiff's Motion for Temporary Restraining Order [Doc. 2] beginning on May 26, 2015 at 3:00 PM in Courtroom 2308. Plaintiff is **DIRECTED** to file notice on the docket by 9:00 AM on May 26, 2015 indicating how and when Plaintiff has served each Defendant with:

1. Notice of the hearing;

2. The Complaint; and

3. The Motion for Temporary Restraining Order.

**IT IS SO ORDERED** this 22nd day of May, 2015.

_____
**Amy Totenberg
United States District Judge**