IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REMA TIP TOP/NORTH AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SHAW-ALMEX INDUSTRIES, LTD., and ) <br> MICHAEL CREMEENS, individually, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:15-cv-1838-AT |

## DECLARATION OF CHRISTOPHER M. CAIACCIO

1. My name is Christopher M. Caiaccio. I am over twenty-one years of age and am competent to make this Declaration. This Declaration is based on my personal knowledge

2. On May 22, 2015, at approximately 4:30 p.m., I spoke with Michael Cremeens via telephone.

3. I called Mr. Cremeens on his cell phone. During this conversation, I notified Mr. Cremeens that a hearing on Rema Tip Top's Motion for Temporary Restraining Order has been scheduled for Tuesday, May 26, 2015 at 3:00 p.m. before Judge Amy Totenberg.

4.    On May 22, 2015, at approximately 4:40 p.m., I spoke with Bob Shaw via telephone.

5.    I called Mr. Shaw on his cell phone. During this conversation, I notified Mr. Shaw that a hearing on Motion on Rema Tip Top's Motion for Temporary Restraining Order has been scheduled for Tuesday, May 26, 2015 at 3:00 p.m. before Judge Amy Totenberg at the Northern District of Georgia courthouse.

Executed this the 22nd day of May, 2015, in Atlanta, Fulton County, Georgia.

_____
Christopher M. Caiaccio